IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRES WELLINGTON SANTOS REYNOSO, | Civil No. 3:20-cv-1666 |
| Petitioner | (Judge Mariani) |
| v. | |
| CLAIR DOLL, | |
| Respondent | |

**ORDER**

**AND NOW**, this 15th day of June, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge